**Electronically Filed
Supreme Court
SCWC-17-0000387
04-JUN-2020
07:42 AM**

SCWC-17-0000387

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RAY A. DELAPINIA and ROBYN M. DELAPINIA,
Petitioners/Plaintiffs-Appellants,

vs.

NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION;
TERRY LOUISE COLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC.; AMERICAN SAVINGS BANK, F.S.B.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000387; CIV. NO. 16-1-0432)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Wong, in place of Pollack, J., recused)

Petitioners/Plaintiffs-Appellants' Application for

Writ of Certiorari, filed on April 13, 2020, is hereby accepted

and will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 4, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Paul B.K. Wong

